DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES ROBERT VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-CR-00018 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO ADVANCE SENTENCING<br>) HEARING; ORDER |
| v. | ) |
| JAMES ROBERT VAUGHN, | ) Date: June 18, 2012<br>) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for July 2, 2012, **may be advanced to June 18, 2012 at 10:00 a.m.**

This continuance is requested by counsel for the defendant because the parties are prepared to proceed at this time.

///
///
///
///
///
///

| | |
|---|---|
| 1 | Exclusion of time to complete sentencing is not required. |
| 2 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 3 | |
| 4 | DATED: June 14, 20129      By   /s/ Brian Enos |
| 5 | BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 | |
| 7 | DANIEL J. BRODERICK<br>Federal Defender |
| 8 | |
| 9 | DATED: June 14, 2012      By   /s/ Marc Days |
| 10 | MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant |
| 11 | JAMES ROBERT VAUGHN |

**ORDER**

IT IS SO ORDERED.

Dated: June 15, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE