```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for Plaintiff
 6      United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:12-CR-00018-AWI |
|---|---|
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| JAMES ROBERT VAUGHN, | ) |
| Defendant. | ) |

WHEREAS, on May 25, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant James Robert Vaughn forfeiting to the United States the following property:

      a. HP Pavilion desktop computer (Serial No. CHY51702P1), seized from defendant by law enforcement on or about December 30, 2011, and;

      b. My Passport External Hard Drive (Serial No. WXF0449J6770), seized from defendant by law enforcement on or about December 30, 2011.

AND WHEREAS, beginning on May 26, 2012, for at least 30 consecutive days, the United States published notice of the Court's

Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of James Robert Vaughn.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:    August 2, 2012                  _____
                                          CHIEF UNITED STATES DISTRICT JUDGE